IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHANE SCRUGGS,

    Plaintiff,

v.                                             Civil Action No. **3:10CV538**

BRYAN WATSON, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 2, 2011, the Court conditionally docketed Plaintiff's action. In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to inform the Court of any changes in his address. The Court warned Plaintiff that failure to comply with the March 2, 2011 Memorandum Order could result in the dismissal of his action. On October 12, 2011 the Court, by Memorandum Order, directed the Plaintiff to file a particularized complaint within twenty days of the date of entry thereof.

On October 11, 2011, the Court received notice from the Alexandria Detention Center that Plaintiff was no longer incarcerated. By failing to inform the Court of his new address, Plaintiff has failed to comply with the March 2, 2011 Memorandum Order. Further, by not submitting a particularized complaint, Plaintiff has also failed to comply with the October 12, 2011 Memorandum Order. Plaintiff's failure to comply with the directives of the Court warrants the dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
James R. Spencer
Chief United States District Judge

Date: 11-18-11
Richmond, Virginia